COM.

v.

**CHERMER, B.**

**128 WDA 2016**

Superior Court of Pennsylvania.

03/14/2017

CP–04–CR–0001125–2012 (Beaver)

Affirmed/Vacated/Remanded

COM.

v.

**MOORE, J.**

**162 WDA 2016**

Superior Court of Pennsylvania.

03/14/2017

CP–02–CR–0018117–2003 (Allegheny)

Affirmed

COM.

v.

**GILLESPIE, D.**

**290 WDA 2016**

Superior Court of Pennsylvania.

03/14/2017

CP–25–CR–0000918–2013 (Erie)

Affirmed

COM.

v.

**WILLIAMS, J.**

**534 WDA 2016**

Superior Court of Pennsylvania.

03/14/2017

CP–25–CR–0000815–2015 (Erie)

Affirmed

COM.

v.

**BLACKWELL, K.**

**575 WDA 2016**

Superior Court of Pennsylvania.

03/14/2017

CP–02–CR–0005461–2015

CP–02–CR–0006515–2015

(Allegheny)

Affirmed